UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETHAN TYLER NELSON,<br><br>Plaintiff,<br><br>v.<br><br>GUARDIAN TOWING, INC., AND ALI M. GANJI,<br><br>Defendants. | Case No.:  22CV306-GPC(BLM)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE MANDATORY SETTLEMENT CONFERENCE**<br><br>**[ECF No. 26]** |

On March 16, 2023, the parties filed a Joint Motion to Continue Mandatory Settlement Conference. ECF No. 26.  The parties seek to continue the April 3, 2023 Mandatory Settlement Conference ("MSC") to April 17, 2023.  Id. at 2.  In support, the parties state that defense counsel, Mr. Malachowski, "will be engaged in trial commencing on March 26, 2023, in the matter of *The Crosby Estate at Rancho Santa Fe Master Assoc., et al. v. C.G. Systems, Inc., et al.*, San Diego Superior Court Case No. 37-2020-00016522-CU-MC-CTL, and this trial is expected to proceed through April 7, 2023."  Id.  The parties are available for the MSC on April 17, 2023. Id.  Mr. Malachowski has a prepaid vacation during the week of April 24, 2023.  Id.

Good cause appearing, the parties' motion is **GRANTED** as follows:

1. The April 3, 2023 MSC is **CONTINUED** to **April 19, 2023** at **9:30 a.m.**

2. On or before **April 10, 2023**, counsel for each party must send an e-mail to the Court at **efile_Major@casd.uscourts.gov** containing the **name and title of each**

**participant**, an **e-mail address for each participant**, and a **telephone number where each participant may be reached**.

3. On or before **April 10, 2023**, the parties shall submit directly to Magistrate Judge Major's chambers (**efile_major@casd.uscourts.gov**) confidential settlement statements no more than ten (10) pages in length.

4. All other dates, requirements, and guidelines remain as previously set. <u>See</u> ECF No. 10.

**IT IS SO ORDERED**.

Dated:  3/17/2023

Hon. Barbara L. Major
United States Magistrate Judge