THE CARDOZA LAW CORPORATION
Michael F. Cardoza, Esq. (SBN: 194065)
Mike.Cardoza@cardozalawcorp.com
Lauren B. Veggian, Esq. (SBN: 309929)
Lauren.Veggian@cardozalawcorp.com
548 Market St., #80594
San Francisco, CA 94104
Telephone: (415) 488-8041

Attorneys for Plaintiff
ETHAN TYLER NELSON


Kristi Blackwell (SBN 253967)
kblackwell@tysonmendes.com
Mitchell B. Malachowski (SBN 245595)
mmalachowski@tysonmendes.com
Adrian A. Alba (SBN 352276)
aalba@tysonmendes.com
TYSON & MENDES, LLP
5786 La Jolla Blvd.
La Jolla, CA 92037
Telephone: (858) 459-4400
Facsimile: (858) 459-3864

Attorneys for Defendants
GUARDIAN TOWING, INC. and ALI M. GANJI

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETHAN TYLER NELSON,<br><br>    Plaintiff,<br><br>    v.<br><br>GUARDIAN TOWING, INC.; and ALI M. GANJI,<br><br>    Defendants. | Case No.: 3:22-cv-00306-AGS-BLM<br><br>**JOINT MOTION TO VACATE FINAL PRETRIAL CONFERENCE & NOTICE OF AGREEMENT-IN-PRINCIPLE TO SETTLE**<br><br>**Filed & Submitted Together**<br>1. Joint Motion<br>2. Proposed Order |

1

# RECITALS

1. **Plaintiff and defendants have reached an agreement-in-principle to entirely resolve this matter.**

2. Finalization of this resolution process will involve reaching a mutually agreeable settlement agreement, and making certain performances thereunder of a practical nature, i.e. more involved than simply funding a financial settlement.

3. The final pretrial conference is currently set in this matter for October 25, 2024. To comply with this Court's Local Rules and Judge Schopler's Civil Chamber Rules, if this final pretrial conference were to remain on calendar, the parties would be obligated to engage in a significant effort to prepare various final pretrial documents that would otherwise not be required should the settlement-in-principal be finalized as expected.

# REQUESTS FOR RELIEF

All parties herein therefore jointly request:

1. This Court vacate the final pretrial conference presently set for October 25, 2024, in this matter.

2. This Court set an appropriate control date approximately ninety days in the future (in the form of a status conference, order to show cause, or other type of event at the Court's preference), and should this matter not be dismissed by that time, require the parties to file a joint status report shortly beforehand.

Dated: September 20, 2024                    THE CARDOZA LAW CORPORATION

By:   /s/ *Lauren Veggian*
      Micheal F. Cardoza
      Lauren Veggian
      TYSON & MENDES, LLP
      Attorneys for Plaintiff
      ETHAN TYLER NELSON

1 | Dated: September 20, 2024        TYSON & MENDES, LLP
2
3 |                                  By:   /s/ *Mitchell B. Malachowski*
4 |                                        Kristi Blackwell
  |                                        Mitchell B. Malachowski
5 |                                        Adrian A. Alba
  |                                        Attorneys for Defendants
6 |                                        GUARDIAN TOWING, INC. and
  |                                        ALI M. GANJI

I, Mitchell B. Malachowski, hereby certify that the contents of this JOINT MOTION TO VACATE FINAL PRETRIAL CONFERENCE & NOTICE OF AGREEMENT-IN-PRINCIPLE TO SETTLE are acceptable to all parties required to sign it. All such parties authorize TYSON & MENDES LLP to affix their typed electronic signature hereto.

Dated: September 20, 2024					TYSON & MENDES, LLP

						By:	/s/ *Mitchell B. Malachowski*
							Kristi Blackwell
							Mitchell B. Malachowski
							Adrian A. Alba
							Attorneys for Defendants
							GUARDIAN TOWING, INC. and
							ALI M. GANJI