UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETHAN TYLER NELSON,<br><br>                                    Plaintiff,<br><br>v.<br><br>GUARDIAN TOWING, INC., AND ALI M. GANJI,<br><br>                                    Defendants. | Case No.:   22CV306-AGS(BLM)<br><br>**ORDER CONFIRMING SETTLEMENT AND SETTING DEADLINE TO FILE JOINT MOTION FOR DISMISSAL**<br><br>**[ECF NO. 56]** |

On September 20, 2024, the parties filed a Joint Motion to Vacate Final Pretrial Conference And Notice of Agreement-In-Principle to Settle. ECF No. 56. In the motion, the parties state that they "have reached an agreement-in-principle to entirely resolve this matter" and that "[f]inalization of this resolution process will involve reaching a mutually agreeable settlement agreement, and making certain performances thereunder of a practical nature, i.e. more involved than simply funding a financial settlement." Id. at 1 (emphasis omitted). Because the case has tentatively settled, all other pending dates before Magistrate Judge Major are hereby vacated. Any matters currently scheduled before the district judge shall remain in effect pending notice from that court.

In order to enable the Court to monitor the status of the settlement, on or before **November 1, 2024**, the parties must lodge to magistrate judge Barbara L. Major a confidential

joint status report setting forth the relevant terms of the settlement and describing whether the terms have been satisfied, partially satisfied, or not satisfied. The report also must identify any problems the parties have encountered in finalizing the settlement.

The parties are ordered to file their joint motion for dismissal of this case, signed by counsel of record and any unrepresented parties, no later than **December 20, 2024**.[1] A proposed order on the joint motion for dismissal must be e-mailed to the district judge's chambers[2] on the same day. If the signed joint motion for dismissal is timely filed, the parties and attorneys are not required to make any further appearances before Judge Major.

If the fully executed joint motion for dismissal is not filed by **December 20, 2024**, then all counsel of record and unrepresented parties are required to appear <u>in person</u> for a Settlement Disposition Conference. The Settlement Disposition Conference will be held on **December 26, 2024** at **9:30 a.m.** in **Courtroom 3D**.

If counsel of record or any unrepresented party fails to appear at the Settlement Disposition Conference, or the parties fail to file the signed joint motion for dismissal in a timely manner, the Court will issue an order to show cause why sanctions should not be imposed for failing to comply with this Order.

**IT IS SO ORDERED**.

Dated: 9/23/2024

Hon. Barbara L. Major
United States Magistrate Judge

---

[1] If the parties are unable to finalize the settlement, they must notify the Court as soon as possible and no later than **December 20, 2024**.

[2] The proposed order shall be e-mailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov.